# EXHIBIT A

# North Shore Agency

A National Collection Agency
270 Spagnoli Road, Suite 110, Melville, NY 11747
866-486-2424 EXT-11528
ID# 1828 8001 1180, TYPE-NUW

Date: OCTOBER 30, 2018

Creditor: PUBLISHERS CLEARING HOUSE

Creditor Customer ID: ███████5072 

ANNE O'BOYLE
4320 S 71ST ST APT 3
MILWAUKEE WI 53220-3452

**AMOUNT DUE: $5.53**

Dear Anne O'Boyle:

Your failure to resolve this matter with our client, PUBLISHERS CLEARING HOUSE, has resulted in your account being placed with this professional collection agency. North Shore Agency has been retained to collect the monies owed to our client. We are very good at it, and pursue payment diligently.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector. If responding with full payment, make your check payable to NORTH SHORE AGENCY and mail in the enclosed envelope.

| Order Number | Product Description | Order Amount Due |
|---|---|---|
| ████2409 | SOUTHERN LIVING | $5.53 |
| | COUNTRY GARDENS | |
| | | **TOTAL DUE $5.53** |

**Notice: See Reverse Side for Important Information.**

To **contact us** using our electronic message contact form,
GO TO: www.northshoreagency.biz/AGTU

PAP-1206-J-0

DETACH HERE

139567-P8CNUW01-688

████████████████████████5530



**PAY THIS AMOUNT: $5.53**
████5072

NORTH SHORE AGENCY-NUW
PO BOX 9205
OLD BETHPAGE NY 11804-9005

ANNE O'BOYLE
4320 S 71ST ST APT 3
MILWAUKEE WI 53220-3452

OCTOBER 30, 2018

THE FOLLOWING CREDIT CARDS MAY BE USED AT OUR SECURE WEBSITE:

   

CREDITOR ID: ████5072
**AMOUNT DUE: $5.53**

For your convenience, you may pay by credit or debit card with no additional fee through our secure website:
**WWW.NSAPAY.COM**
or by calling Automated Attendant toll-free
1-866-907-4182 using our
**Payment Center Account #:**
████████1180
Do Not Send Credit Card Information by Mail

## IMPORTANT INFORMATION

We are required under applicable law to notify consumers of the following; this is not intended as a complete list of the rights consumers have under local, state and federal law:

Unless you notify this office within 30 days after receipt of this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receipt of this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receipt of this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector. Calls to or from this company may be monitored or recorded.

**Office Hours: Monday - Friday 9 a.m. - 4 p.m. ET**
You may correspond with our office by mail, email or fax:
**Mail** - P.O. Box 9221, Old Bethpage, NY 11804; **Email** - customercare@northshoreagency.biz; **Fax** - 631-574-4660. Please include a copy of North Shore Agency letter or coupon, or your complete account information, with all communications.



ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals